# EXHIBIT A


Instagram
instagram.com/reel/DHsY129u8IB
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta
MARZO 27TH
PARTICIPA Y GANA
ENTRADA GRATIS
MECCA
JUEVES
CONCURSO DE PERREO
Angeles del Fuego
COLOMBIANO
ENTRADA GRATIS
ZONA DE PERREO
2915 w Mississippi ave Denver co
ZONA DE PERREO
luz_gonzalez_oficial • Follow
Sonora Siguaray • Que Nadie Sepa Mi S...
No comments yet.
Start the conversation.
6 likes
March 27
Add a comment...
Messages
Tuesday, October 21, 2025
Tue 5:55 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/645995588292287
MARZO 27TH
PARTICIPA Y GANA
ENTRADA GRATIS
MECCA
JUEVES
CONCURSO DE PERREO
SONIDO
COLOMBIANO
Angeles de Fuego
ENTRADA GRATIS
ESPECIALES EN TODAS LAS BEBIDAS/ JARRITOS 2X $20
INFORMACION: 720 439 03 26
2915 w Mississippi ave Denver co
ZONA DE PERREO
ZONA DE PERREO
El Mecca Sport Bar
March 27
MECCA SPORT BAR
—Mecc...
See more
9
1
2.1K
Like
Comment
Share
Comments
See all
Author
El Mecca Sport Bar
Elio Eduardo Beltrán Loera
29w
Like
Reply
Write a comment...
Tuesday, October 21, 2025


Facebook
facebook.com/reel/3650379748594706
MARZO
23
LA CASA DE LOS LATINOS
MECCA
ZONA DE PERREO
ANGELES DE FUEGO
Domingo
VIP DISPONIBLE
AQUI LA DIVERSION NO TERMINA
SONIDO COLOMBIANO
EL MEJOR LUGAR DE LA CIUDAD
ESPECIALES EN TODAS LAS BEBIDAS
2915 w Mississippi ave Denver co
1
1
El Mecca Sport Bar · Follow
Tuesday, October 21, 2025
Tue 6:07 PM (Local time)


Facebook
facebook.com/photo/?fbid=1212611920872936&set=pcb.1212623560871772
LA CASA DE LOS LATINOS
MARZO 16
START 5 PM
MECCA Sport Bar
VIP DISPONIBLE
ANGELES DE FUEGO
Domingo
AQUI LA DIVERSION NO TERMINA
SONIDO COLOMBIANO
EL MEJOR LUGAR DE LA CIUDAD
ESPECIALES EN TODAS LAS BEBIDAS
2915 w Mississippi ave Denver co
This photo is from a post.
View post
El Mecca Sport Bar
March 16 · Denver, CO, United States ·
— at El Mecca Sport Bar.
2
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Tuesday, October 21, 2025
Tue 6:08 PM (Local time)


Facebook
facebook.com/photo/?fbid=1212588330875295&set=a.545317580935710
LA CASA DE LOS LATINOS
MARZO 16
START 5 PM
MECCA Sport Bar
VIP DISPONIBLE
ANGELES DE FUEGO
Domingo
AQUI LA DIVERSION NO TERMINA
SONIDO COLOMBIANO
EL MEJOR LUGAR DE LA CIUDAD
ESPECIALES EN TODAS LAS BEBIDAS
2915 w Mississippi ave Denver co
El Mecca Sport Bar
March 16 · Denver, CO, United States
MECCA SPORT BAR
—Mecca Sport bar —
DOMINGO
San Patrick's Day
Hoy en la pista puros exitos
Tenemos el mejor ambiente
Los mejores Reventones solo aqui
Angeles de fuego
sфnιdф cфlфмвιαnф
INF: 720 439 03 26
... See more
— feeling happy at El Mecca Sport Bar.
2
1
Like
Comment
Share
Write a comment...
Tuesday, October 21, 2025
Tue 6:08 PM (Local time)

# EXHIBIT B


Facebook
facebook.com/photo/?fbid=1142986841168778&set=a.545317577602377
dübai
Jefferson
Navarro
SABADO
vallenato
VIP DISPONIBLE
VIP DISPONIBLE
DENVER CO.
CLUB DUBAI
INF 720 439 03 26
ESPECIALES EN LA BARRA
LA CASA DE LOS LATINOS
DICIEMBRE 21
2915 w Mississippi ave Denver co 80219
El Mecca Sport Bar
December 20, 2024
SABADO CLUB DUBAI!!!
Ven a disfrutar de buena música en vallenato con Jefferson y disfruta de las mejores mezclas con Sonido Colombiano!!!!
Pregunta por las especiales en bebidas!!!
Missisippi y Federal donde la diversión nunca termina!!!
Brenda Gonzalez Isela Beltran @
5
41
Like
Comment
No comments yet
Be the first to comment.
Write a comment...
Tuesday, October 21, 2025
Tue 6:18 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/4058272194418593
Jefferson Navarro
SABADO
vallenato
INF
720 439 03 26
ESPECIALES
EN LA BARRA
LA CASA DE LOS
LATINOS
El Mecca Sport Bar
December 21, 2024 ·
SABADO CLUB DUBAI!!!
V...
See more
2
942
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment...
Tuesday, October 21, 2025
Tue 6:20 PM (Local time)

Facebook

facebook.com/photo/?fbid=2135942486842315&set=a.255911101512139




Brenda Gonzalez
February 27 ·

Te esperamos en Málafama social cantina. Donde nunca te aburre aquí está la dibercion 💃💃💃🕺 😝😝😝 te esperamos. 🔥🔥🔥👌

2 · 4

Like · Share

No comments yet

Be the first to comment.

Tuesday, October 21, 2025

Tue 6:20 PM (Local time)

# EXHIBIT C


Facebook
facebook.com/Dubainightclubdenver/videos/570643985392811
9
OCTUBRE
dubai
PARTICIPA Y GANA
MIERCOLES
GRAN CONCURSO
CHICA SEXY
MIL DOLARES
CADA SEMANA SE ELEGIRA LA MEJOR
30 DE OCTUBRE Gran Final
SONIDO
Grupo Kaoba
INFORMACION 720 439 03 26
2915 W MISSISSIPPI AVE DENVER CO 80219
0:11 / 0:20
El Mecca Sport Bar
October 8, 2024
Miércoles de cumbia con GRUPO KAOBA en CLUB DUBAI!!!...
See more
1
674
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 1:52 PM (Local time)


Facebook
facebook.com/photo/?fbid=1083530437114419&set=a.545317577602377
9
OCTUBRE
dübai
PARTICIPA
Y GANA
MIERCOLES
GRAN CONCURSO
CHICA SEXY
MIL DOLARES
CADA SEMANA SE ELEGIRA LA MEJOR
30 DE OCTUBRE
Gran Final
SONIDO
COLOMBIANO
grupo
Kaoba
Corona
INFORMACION: 720 439 03 26
2915 W MISSISSIPPI AVE DENVER CO 80219
El Mecca Sport Bar
October 8, 2024 ·
Miércoles de cumbia con GRUPO KAOBA en CLUB DUBAI!!!
A todas nuestras chicas sexies las invitamos este miércoles a el concurso LA CHICA SEXY!!! El premio es de 1000.00 dólares Cada semana se eligira una ganadora!
Las esperamos!!!!
2915 W Mississippi Ave
Denver, CO 80219
El mejor ambiente lo encuentras en CLUB DUBAI!
3
17
Like
Comment
No comments yet
Be the first to comment
Write a comment
Wednesday, October 22, 2025
Wed 1:52 PM (Local time)


Facebook
facebook.com/reel/570643985392811
9
dubai
PARTICIPA Y GANA
MIERCOLES
GRAN CONCURSO
CHICA SEXY
MIL DOLARES
CADA SEMANA SE ELEGIRA LA MEJOR
30 DE OCTUBRE Gran Final
SONIDO
El Mecca Sport Bar · Follow
Miércoles de cumbia con GRUPO KAOBA en CLUB DUBAI!!!
A todas nuestras chicas sexies las invitamos este miércoles a el concurso LA CHICA SEXY!!!
El pre... See more
2915 W MISSISSIPPI AVE DENVER CO 80219
1
9
Wednesday, October 22, 2025
Wed 1:54 PM (Local time)

Instagram

instagram.com/reel/DA4CZgmyMPa

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

More

Also from Meta




luz_gonzalez_oficial • Follow
Original audio

luz_gonzalez_oficial 54w
Miércoles de cumbia con GRUPO KAOBA en CLUB DUBAI!!!
A todas nuestras chicas sexies las invitamos este miércoles a el concurso LA CHICA SEXY!!! El premio es de 1000.00 dólares 👀 💵 💰 Cada semana se eligira una ganadora!
Las esperamos!!!!
2915 W Mississippi Ave
Denver, CO 80219
💃💃💃💃💃💃💃
El mejor ambiente lo encuentras en CLUB DUBAI! @clariza_gc
See translation

**No comments yet.**

Start the conversation.

5 likes
October 8, 2024

Add a comment...

Messages

Wednesday, October 22, 2025
Wed 1:55 PM (Local time)

More posts from luz_gonzalez_oficial


Facebook
facebook.com/photo/?fbid=770687055065427&set=a.545317580935710
ANGEL PEDEMONTE RELATOR
JUEVES 27 DE JULIO
dubai
JUEVES DE JANGUEO
DJ REYES IN THE MIX
CERVEZAS 2X1 HASTA LAS 11PM | MUJERES: SHOTS $5 | TRAGOS $8
2915 W MISSISSIPPI AVE, DENVER, CO 80219
RESERVACIONES. 7206654606
El Mecca Sport Bar
July 27, 2023 ·
ES HOY!!!!!
1
3
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Wednesday, October 22, 2025
Wed 1:55 PM (Local time)


Facebook
facebook.com/photo?fbid=769398838527582&set=a.545317580935710
ANGEL PEDEMONTE
JUEVES 27 DE JULIO
dubai
JUEVES DE JANGUEO
DJREYES
CERVEZAS 2X1 HASTA LAS 11PM | MUJERES: SHOTS $5 | TRAGOS $8
2915 W MISSISSIPPI AVE, DENVER, CO 80219
RESERVACIONES. 7206654606
El Mecca Sport Bar
July 25, 2023 ·
‼️ Nuevas Noches Latinas, Comenzamos este Jueves 27 en Dubai con las "NOCHES DE JANGEO" , Lo Mejor en Salsa, Bachata, Merengue y Regueaton, Entrada Completamente Gratis ,Asi que ya sabes si quieres bailar y sacar brillo al piso este JUEVES 27 te esperamos en DUBAI 🔥🕺💃🔥‼️
5
56
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Wednesday, October 22, 2025
Wed 1:55 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/1363434158200399
MECCA
SONIDO
COLOMBIANO
MALIBU
MALIBU
ANGELES
DE FUEGO
Viernes
DE
CUMBIA
QUE EMPIEZE LA FIESTA
PROMOCION ESPECIAL PARA
CUMPLEAÑOS
ESPECIALES EN TODAS LAS BEBIDAS
El Mecca Sport Bar is feeling happy at El Mecca Sport Bar.
May 2 ·
Denver, CO, United States ·
‼ ‼ VIERNES ‼ ‼
te esp...
See more
1
1K
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 1:58 PM (Local time)


!!!VIERNES!!! te esperamos
tiktok.com/@luzgonzalezoficial/video/7499814358004878622
TikTok
Search
For You
Explore
Following
LIVE
Upload
Profile
More
Log in
Company
Program
Terms & Policies
© 2025 TikTok
MECCA
SONIDO COLOMBIANO
ANGELES DE FUEGO
DE
CUMBIA
PROMOCION ESPECIAL PARA
CUMPLEAÑOS
ESPECIALES EN TODAS LAS BEBIDAS
00:06 / 00:18
12
0
0
1
Unmute
luzgonzalezoficial
Log in
You may like
Aww my Deisy
#poodle #dog...
luzgonzalezoficial
58 · 1d ago
Cubetas 2 X $50
Empezamos la semana con toda la...
luzgonzalezoficial
8 · 1d ago
#catrinas
#CapCut...
luzgonzalezoficial
Wednesday, October 22, 2025
Wed 1:59 PM (Local time)


Facebook
facebook.com/photo?fbid=1077868997680563&set=a.545317580935710
dübai
VIERNES
FRI
4
OCT
VIP
DISPONIBLE
ANGELES
DE FUEGO
LA MEJOR NOCHE LATINA
Viernes
SONIDO
COLOMBIANO
ESPECIALES
EN LA BARRA
RESERVA : 720 439 03 26
2915 w Mississippi ave Denver co 80219
El Mecca Sport Bar
October 1, 2024 ·
**JUEVES-JUEVES-JUEVES**
CLUB DUBAI
ven canta y baila con nosotros
los mejores ritmos latinos
en cabina mexclando en vivo
sonido colombiano
y por supuesto, tenemos el mejor ambiente de toda la ciudad
angeles de Fuego
2
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Wednesday, October 22, 2025
Wed 2:00 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/8172062816231054
OCT 25
dübai
OCT 25
VIERNES
TODOS A BAILAR
ANGELES DE FUEGO
DENVER CO.
PROMOCION ESPECIAL PARA CUMPLEAÑOS
ESPECIALES EN TODAS LAS BEBIDAS
DRINKS
CLUB DUBAI
DIVERSION
RESERVA 720 439 03 26
2915 W MISSISSIPPI AVE DENVER CO
El Mecca Sport Bar is feeling happy at El Mecca Sport Bar.
October 25, 2024 · Denver, CO, United States
El viernes se pone de los mejor en Club Dubai!!! Ven y disfruta de lo mejor en cumbia con grupo Ange...
See more
1
696
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 2:01 PM (Local time)


Facebook
facebook.com/photo?fbid=1097212469079549&set=a.545317580935710
OCT 25
dübai
OCT 25
VIERNES
TODOS A BAILAR
ANGELES DE FUEGO
DENVER CO.
PROMOCION ESPECIAL PARA CUMPLEAÑOS
ESPECIALES EN TODAS LAS BEBIDAS
DRINKS
CLUB DUBAI
DIVERSION
RESERVA 720 439 03 26
2915 W MISSISSIPPI AVE DENVER CO
El Mecca Sport Bar
October 24, 2024 ·
Denver, CO, United States ·
El viernes se pone de los mejor en Club Dubai!!! Ven y disfruta de lo mejor en cumbia con grupo Angeles De Fuego y lo mejor en musica con nuestro DJ Sonido Colombiano!!! Especiales en bebidas! reserva tu VIP Los esperamos!!!!
2915 W Mississippi Ave
Denver, CO 80219
CLUB DUBAI Angeles de Fuego Brenda Gonzalez @
— feeling happy at El Mecca Sport Bar.
1
2
Like
Comment
Share
Write a comment
Wednesday, October 22, 2025
Wed 2:01 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/462553930168086
OCT
11
VIERNES
dubai
LA CASA DE LOS LATINOS
VIERNES
DE PARRANDA
ANGELES DE FUEGO
Sonido Colombiano
INF:720 439 03 26
VIP DISPONIBLE
CELEBRA
TU CUMPLEAÑOS
ESPECIALES EN TODAS LAS BEBIDAS
2915 w Mississippi ave Denver co 80219
El Mecca Sport Bar
October 11, 2024
CL...
See more
4
985
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 2:02 PM (Local time)


El viernes se pone de los mejor
tiktok.com/@luzgonzalezoficial/video/7429436751128579374
TikTok
Search
For You
Explore
Following
LIVE
Upload
Profile
More
Log in
Company
Program
Terms & Policies
© 2025 TikTok
dübai
OCT 25
VIERNES
TODOS A BAILAR
ANGELES DE FUEGO
DENVER CO
PROMOCION ESPECIAL PARA CUMPLEAÑOS
ESPECIALES EN TODAS LAS BEBIDAS
DRINKS
CLUB DUBAI
DIVERSION
RESERVA 720 439 03 26
2915 W MISSISSIPPI AVE DENVER CO
8
0
0
Share
00:02 / 00:10
Log in
You may like
Aww my Deisy #poodle #dog...
luzgonzalezoficial
58 · 1d ago
Empezamos la semana con toda la...
luzgonzalezoficial
8 · 1d ago
Cubetas 2 X $50
#catrinas #CapCut...
luzgonzalezoficial
Wednesday, October 22, 2025
Wed 2:03 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/1023689639785536
LA CASA DE LOS LATINOS
dübai
ANGELES DE FUEGO
JUEVES
23
ENERO
SONIDO
COLOMBIANO
ENTRADA GRATIS
NOCHES DE TRAVESURAS
ESPECIALES EN TODAS LAS BEBIDAS
INFORMACION: 720 439 03 26
2915 W MISSISSIPPI AVE DENVER CO 80219
El Mecca Sport Bar
January 23 ·
352
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 2:03 PM (Local time)


Facebook
facebook.com/reel/1797968837708557
LA CASA DE LOS LATINOS
dubai
ANGELES DE FUEGO
JUEVES
23
ENERO
SONIDO
COLOMBIANO
ENTRADA GRATIS
NOCHES DE TRAVESURAS
ESPECIALES EN TODAS LAS BEBIDAS
INFORMACION: 720 439 03 26
Corona Extra
El Mecca Sport Bar · Follow
CO 80219
1
1
Wednesday, October 22, 2025
Wed 2:03 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/589729027182174
dübai
VIP
19
NERO
ANGELES
DE FUEGO
DOMINGO
De
TRAVESURAS
SONIDO
COLOMBIANO
LA CASA DE LOS LATINOS
DISFRUTA DE LOS ESPECIALES
INFORMACION: 720 439 03 26
2915 w Mississippi ave Denver co 80219
El Mecca Sport Bar
January 19 ·
2
586
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 2:04 PM (Local time)

Facebook

facebook.com/photo/?fbid=1166091562191639&set=a.545317577602377




El Mecca Sport Bar
January 19 ·

♦♦DOMINGO♦♦
<<CLUB DUBAI>>

🔹*Este Domingo la noche sera inolvidable*
🔹*Trae a tus amigos ven a vivir una noche ,llena de musica-Buen ambiente y mucha diversion*
🔹*Domingo de promociones toda la noche*
🔹*Disfruta del mejor ambiente de toda la ciudad*
🔹*La casa de los latinos*

‼️ esta invitacion es para ti ‼️

🔹*Disfruta de toda la variedad de bebidas*

🔹solo la mejor musica🎵🎶🎺🎷

🔥*Angeles de fuego*🔥

📱INF: 720 439 03 26

📍 2915 *w Mississippi ave Denver co* ... See more

3 28

Like

Wednesday, October 22, 2025
Wed 2:04 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/1757480178144402
MECCA
Sport Bar
DOMINGO
Tropical
ANGELES DE FUEGO
LA CASA DE LOS LATINOS
SONIDO
COLOMBIANO
ESPECIALES EN TODAS LAS BEBIDAS
INF:: 720 439 03 26
2950 w Mississippi ave
Denver co
0:04 / 0:08
El Mecca Sport Bar is feeling happy at El Mecca Sport Bar.
February 16 ·
Denver, CO, United States ·
➔y que empieze la fiesta
➔Donde?? Ya se la sa...
See more
1
1.3K
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 2:05 PM (Local time)


Facebook
facebook.com/photo/?fbid=1188571746610287&set=a.545317577602377
MECCA
DOMINGO
Tropical
ANGELES DE FUEGO
LA CASA DE LOS LATINOS
SONIDO
COLOMBIANO
ESPECIALES EN TODAS LAS BEBIDAS
INF:: 720 439 03 26
2950 w Mississippi ave
Denver co
El Mecca Sport Bar
February 16
➜y que empieze la fiesta
➜Donde?? Ya se la saben
—Mecca Sport bar —
2950 w Mississippi ave Denver co
➜Regresan las noches Del mecca
✦X✦HOY DOMINGO✦X✦
---MECCA SPORT BAR---
➜Tenemos el mejor ambiente
➜Disfruta de toda la varieda... See more
2
3
Like
Comment
Write a comment
Wednesday, October 22, 2025
Wed 2:05 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/673755162086795
LA CASA DE LOS LATINOS
MECCA
ANGELES DE FUEGO
VIERNES Latino
SONIDO
COLOMBIANO
ESPECIALES EN TODAS LAS BEBIDAS
INF: 720 439 03 26
2915 w Mississippi ave Denver co
El Mecca Sport Bar is feeling happy at El Mecca Sport Bar.
May 16 ·
Denver, CO, United States ·
Viernes de. Rebenton ennel Mecca. Sport bar. Ben y visítanos. Y pasa una noche divertida. Con mús...
See more
3
802
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 2:06 PM (Local time)


Facebook
facebook.com/reel/1100981835396173
LA CASA DE LOS LATINOS
MECCA
ANGELES DE FUEGO
VIERNES
Latino
SONIDO
COLOMBIANO
ESPECIALES EN TODAS LAS BEBIDAS
INF: 720 439 03 26
El Mecca Sport Bar · Follow
5
Wednesday, October 22, 2025
Wed 2:07 PM (Local time)


Facebook
facebook.com/reel/1047705340349385
Press Esc to close
dubai
VIERNES
Tropical
27 SEP
RESERVA TU MESA 720 439 03 26
Eventos y Bailes En Denver Colorado · Follow
PREGUNTA POR LOS ESPECIALES DEL DIA
2015 W MISSISSIPPI AVE DENVER CO 80219
AQUI SI TE CONSENTIMOS
Viernes
CLUB DUBAI
ven canta y baila con nosotros
los mejores... See more
6
Wednesday, October 22, 2025
Wed 2:08 PM (Local time)


Facebook
facebook.com/reel/1047705340349385
dubai
VIERNES
Tropical
PECIALES
BARRA
LAS MEJ
MEX
27 SEP
RESERVA TU MESA 720 439 03 26
Eventos y Bailes En Denver Colorado · Follow
PREGUNTA POR LOS ESPECIALES DEL DIA
MISSISSIPPI AVE DENVER CO 80219
Viernes
CLUB DUBAI
ven canta y baila con nosotros
los mejores... See more
6
Wednesday, October 22, 2025
Wed 2:08 PM (Local time)


Facebook
facebook.com/reel/1047705340349385
dübai
VIERNES
Tropical
27 SEP
RESERVA TU MESA 720 439 03 26
Eventos y Bailes En Denver Colorado · Follow
PREGUNTA POR LOS ESPECIALES DEL DIA
AQUI SI TE CONSENTIMOS
Viernes
CLUB DUBAI
ven canta y baila con nosotros
los mejores... See more
6
Wednesday, October 22, 2025
Wed 2:08 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/1222128212335109
dübai
VIERNES
Tropical
LAS MEJ
MEX
ECIALES
27 SEP
RESERVA TU MESA 720 439 03 26
PROMOCION ESPECIAL PARA CUMPLEAÑOS
PREGUNTA POR LOS ESPECIALES DEL DIA
2915 W MISSISSIPPI AVE DENVER CO 80219
AQUI SI TE CONSENTIMOS
El Mecca Sport Bar
September 27, 2024 ·
Viernes
...
See more
3
1.3K
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 2:08 PM (Local time)

# EXHIBIT D


Facebook
facebook.com/Dubainightclubdenver/videos/495874196565522
dubai
SEP 22
CELES FUEGO
DOMINGO
RESERVA TU MESA 720 439 03 26
2915 w Mississippi ave Denver co
El Mecca Sport Bar
September 22, 2024
2
830
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 2:59 PM (Local time)


Facebook
facebook.com/photo/?fbid=1069846385149491&set=a.545317577602377
dübai
SEP 22
DENVER CO.
ANGELES DE FUEGO
LAS MEJORES MEXCLAS
LA CASA DE LOS LATINOS
DOMINGO
AQUI LA FIESTA NO TERMINA
PREGUNTA POR LOS ESPECIALES DE DOMINGO
RESERVA TU MESA 720 439 03 26
2915 w Mississippi ave Denver co
DonJulio 70
El Mecca Sport Bar
September 22, 2024 ·
Los esperamos hoy Domingo 22 de septiembre con el mejor ambiente y la mejor música CLUB DUBAI!!!
1
Like
Comment
No comments yet
Be the first to comment.
Write a comment...
Wednesday, October 22, 2025
Wed 2:59 PM (Local time)


Facebook
facebook.com/photo/?fbid=1067511868716276&set=pcb.1067512388716224
dübai
LA CASA DE LOS LATINOS
SET 19
ANGELES DE FUEGO
JUEVES
Noche de despecho
Baila y canta con nosotros
SONIDO COLOMBIANO
@brendagonzalez4890
PROMOCION ESPECIAL PARA CUMPLEAÑOS
INF: 720 439 03 26
MALIBU
2915 w Mississippi ave Denver co 80219
This photo is from a post.
View post
El Mecca Sport Bar
September 19, 2024 ·
Like
Comment
Share
No comments yet
Be the first to comment.
Write a comment...
Wednesday, October 22, 2025
Wed 3:00 PM (Local time)


Facebook
facebook.com/reel/1575073073087922
dübal
LA CASA DE LOS LATINOS
SET 19
ANGELES DE FUEGO
TikTok
JUEVES
Noche de despecho
Baila y canta con nosotros
SONIDO COLOMBIANO
PROMOCION ESPECIAL PARA CUMPLEAÑOS
INF: 720 439 03 26
2915 w Mississippi ave Denver co 80219
El Mecca Sport Bar · Follow
1
14
Wednesday, October 22, 2025
Wed 3:00 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/378093562036321
dübai
LA CASA DE
LOS LATINOS
SET 19
TikTok
ANGELES DE FUEGO
JUEVES
Noche de despecho
Baila y canta con nosotros
SONIDO COLOMBIANO
PROMOCION ESPECIAL PARA CUMPLEAÑOS
INF: 720 439 03 26
2915 w Mississippi ave Denver co 80219
El Mecca Sport Bar
September 19, 2024 ·
1
329
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 3:00 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/1694603961380443
dübai
LA CASA DE LOS LATINOS
SET 19
ANGELES DE FUEGO
JUEVES
Noche de despecho
Baila y canta con nosotros
SONIDO COLOMBIANO
PROMOCION ESPECIAL PARA CUMPLEAÑOS
INF: 720 439 03 26
TikTok
brendagonzalez4890
2915 w Mississippi ave Denver co 80219
El Mecca Sport Bar
September 19, 2024
1
634
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 3:00 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/446814541077610
dübai
LA CA
LOS
LATI
T 19
ANGELES DE FUEGO
JUEVES
Noche de despecho
Baila y canta con nosotros
SONIDO COLOMBIANO
PROMOCION ESPECIAL PARA CUMPLEAÑOS
INF: 720 439 03 26
2015 w Mississippi ave Denver co 8021
0:01 / 0:15
El Mecca Sport Bar is feeling happy at El Mecca Sport Bar.
September 19, 2024 ·
Denver, CO, United States ·
**JUEVES-JUEVES-JUEVES**
CLUB DUBAI
y l...
See more
2
610
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 3:02 PM (Local time)


Facebook
facebook.com/photo?fbid=1066810328786430&set=a.545317577602377
dübai
LA CASA DE
LOS LATINOS
SET 19
ANGELES DE FUEGO
JUEVES
Noche de despecho
Baila y canta con nosotros
SONIDO COLOMBIANO
PROMOCION ESPECIAL PARA CUMPLEAÑOS
INF: 720 439 03 26
2915 w Mississippi ave Denver co 80219
El Mecca Sport Bar
September 18, 2024
**JUEVES-JUEVES-JUEVES**
CLUB DUBAI
y llegaron las noches de despecho a colorado
ven canta y baila con nosotros
los mejores ritmos latinos
en cabina mexclando en vivo
sonido colombiano
y por supuesto, tenemos el mejor ambiente de toda la ciudad
angeles de fuego
2
Like
Comment
No comments yet
Be the first to comment.
Write a comment
Wednesday, October 22, 2025
Wed 3:02 PM (Local time)


Facebook
facebook.com/Dubainightclubdenver/videos/1151518409271567
Latinos
SABADO
Grupo
KIMOZAVY
dübai
DENVER CO.
AGOSTO 24 SABADO
VIP DISPONIBLE
RESERVA: 720 439 03 26
0:05 / 0:18
El Mecca Sport Bar is at El Mecca Sport Bar.
August 24, 2024 ·
Denver, CO, United States ·
EN SÁBADO NADIE SE QUEDA EN CASITA!!!! ...
See more
1
1.1K
Like
Comment
Share
Comments
See all
Be the first to leave a comment.
Write a comment
Wednesday, October 22, 2025
Wed 3:03 PM (Local time)

Facebook

facebook.com/photo/?fbid=1046305390836924&set=a.545317577602377




El Mecca Sport Bar
August 23, 2024 ·

EN SÁBADO NADIE SE QUEDA EN CASITA!!!!

AQUI TE ESPERAMOS EN **CLUB DUBAI** CON EL MEJOR AMBIENTE QUE NOS TRAE Grupo Kimozavy y SONIDO COLOMBIANO!!!
as tu reservación al 720-439-0326!
2915 West Mississippi Ave Denver CO 80219!!!

3 1

Like Comment

No comments yet
Be the first to comment.

Write a comment...

Wednesday, October 22, 2025
Wed 3:04 PM (Local time)

Instagram

instagram.com/p/C_EIWO3SfNP

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta




luz_gonzalez_oficial • Follow
Luis R Conriquez, Edgardo Nuñez, Los Da...

luz_gonzalez_oficial 60w
EN SÁBADO NADIE SE QUEDA EN CASITA!!!! 💃

AQUI TE ESPERAMOS EN CLUB DUBAI CON EL MEJOR AMBIENTE QUE NOS TRAE Grupo Kimozavy y SONIDO COLOMBIANO!!!
as tu reservación al 720-439-0326!
2915 West Mississippi Ave Denver CO 80219!!! 💃 💃 💃 @clariza_gc
See translation

**No comments yet.**

Start the conversation.

August 24, 2024

Add a comment...

Messages

Wednesday, October 22, 2025
Wed 3:04 PM (Local time)

More posts from luz_gonzalez_oficial

# EXHIBIT E


Instagram
instagram.com/p/DDPi52Zuqoh/
Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
More
Also from Meta
dübai
ANGELES DE FUEGO
VIERNES TROPICAL
LA CASA DE LA DIVERSION
ESPECIALES EN LA BARRA
CLUB DUBAI
INF: 720 439 03 26
PROMOCION ESPECIAL PARA CUMPLEAÑOS
La mejor música solo aquí
2915 w Mississippi ave Denver co
el_mecca_sport_bar • Follow
Original audio
el_mecca_sport_bar 45w
VIERNES VIERNES VIERNES
VEN Y DISFRUTA LAS MEJORES NOCHES
AQUI LA DIVERSION NUNCA TERMINA
***CLUB DUBAI ***
tenemos el mejor ambiente de toda la ciudad
***CLUB DUBAI ***
con la mejor música en vivo
Angeles de fuego
y en cabina las mejores mezclas
SONIDO COLOMBIANO
2915 w Mississippi ave Denver co
RESERVA: 720 439 03 26 @clariza_gc
See translation
No comments yet.
December 6, 2024
Add a comment...
Messages
Wednesday, October 22, 2025
Wed 3:12 PM (Local time)