**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02942-DDD-KAS

ALEXA COLLINS, GALLIENNE NABILA, JANET GUZMAN, STEPHANIE RAO, and KATARINA VAN DERHAM,

Plaintiffs,

v.

MECCA SPORTS BAR, LLC d/b/a MECCA SPORTS BAR f/k/a DUBAI,

Defendant.

---

## PLAINTIFFS' STATUS REPORT AND REQUEST FOR EXTENSION

---

Plaintiffs Alexa Collins, Gallienne Nabila, Janet Guzman, Stephanie Rao, and Katarina Van Derham (collectively, "Plaintiffs"), by and through undersigned counsel, respectfully submit this status report regarding service of process and request a thirty-day extension of the deadlines presently due September 30, 2026.

## STATUS OF SERVICE

1. Plaintiffs filed the Complaint on June 30, 2026, and the Clerk issued the summons on July 1, 2026. Plaintiffs promptly placed service with ABC Legal, Plaintiffs' process server, and have continued pursuing service on Mecca Sports Bar, LLC d/b/a Mecca Sports Bar f/k/a Dubai ("Defendant").

2. Plaintiffs have not yet been able to effect service on Defendant. ABC Legal has been unable to properly serve Defendant to date. Plaintiffs intend to next attempt service through ABC Legal at the club's address.

3. Plaintiffs remain actively engaged in efforts to perfect service. Because Defendant has not appeared, Plaintiffs cannot meaningfully complete a Rule 26(f) conference or exchange Rule 26(a)(1) initial disclosures with Defendant at this time.

**DEADLINES AND REQUESTED EXTENSION**

4. The Court's July 7, 2026 Minute Order (ECF No. 8) set September 30, 2026 as the deadline for filing the consent or non-consent to United States Magistrate Judge jurisdiction form. The Order Setting Scheduling/Planning Conference (ECF No. 6) which sets a Scheduling/Planning Conference pursuant to Federal Rule of Civil Procedure 16(b) to be held on October 14, 2026, also requires the parties to exchange Rule 26(a)(1) initial disclosures within the time prescribed after the Rule 26(f) conference. Plaintiffs understand that both matters are presently reflected as due on September 30, 2026, but the disclosure obligation cannot be completed with an unserved defendant and no Rule 26(f) conference.

5. Pursuant to Federal Rules of Civil Procedure 4(m) and 6(b)(1)(A), Plaintiffs respectfully request a thirty-day extension, through October 30, 2026, to perfect service and to file the consent or non-consent form if the Court determines that an extension is required. Plaintiffs further request that the deadline for the Rule 26(f) conference and the related Rule 26(a)(1) initial disclosures be extended until fourteen days after service and the Rule 26(f) conference, or to such other date as the Court directs.

6. Plaintiffs make this request in good faith and for the limited purpose of completing service and placing the case in a posture where the parties can confer and comply with the Court's scheduling requirements. The requested extension will not prejudice Defendant, who has not appeared, and will allow Plaintiffs to continue the service process without prematurely exchanging disclosures with an unserved party.

**REQUEST FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that the Court: (a) grant Plaintiffs thirty additional days, through October 30, 2026, to perfect service and complete any required magistrate-judge election filing; (b) extend the Rule 26(f) conference and Rule 26(a)(1) initial-disclosure deadlines until fourteen days after service and the Rule 26(f) conference; and (c) grant such other relief as the Court deems just and proper.

Dated: September 30, 2026

***/s/ Joseph N. Casas***

Joseph N. Casas
THE CASAS LAW FIRM, P.C.
Talent Rights Law
401 North Michigan Avenue
Suite 1200
Chicago, Illinois 60611
Tel: 855-267-4457
joseph@talentrights.law
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September 2026, I electronically filed the PLAINTIFFS' STATUS REPORT AND REQUEST FOR EXTENSION with the Clerk of the Court using the Court's Electronic Case Filing ("ECF") system.

*/s/ Joseph N. Casas*
Joseph N. Casas