| IN THE DISTRICT COURT, DENVER COUNTY, COLORADO<br><br>1437 Bannock Street Room 256, Denver, CO 80202 | *FOR COURT USE ONLY* |
|---|---|
| **Alexa Collins; ET AL**<br>Plaintiff/Petitioner<br>vs.<br><br>**Mecca Sports Bar, LLC d/b/a Mecca Sports Bar f/k/a Dubai**<br>Defendant/Respondent | Case # **1:26-cv-02942-DDD**<br>Hearing Date: |

## DECLARATION OF SERVICE

Received by **Trevor Steldt**, on the **1st day of October, 2026 at 8:53 AM** to be served on **MECCA SPORTS BAR, LLC** at **4850 S Ammons St Unit 930, Littleton, Denver County, CO 80123**.

I, **Trevor Steldt**, declare under penalty of perjury that I am 18 years or older and not a party to the action and that on the **1st day of October, 2026 at 12:05 PM**, I **SERVED** the within named corporation at **2915 W Mississippi Ave, Denver, Denver County, CO 80219**, in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the below listed documents to the named Corporation, by serving **Evangalina Gatcia Gomez**, on behalf of said Corporation.

<u>Documents Served:</u> **Complaint; Summons; (Blank) Answer Under Simplified Civil Procedure; EXHIBITS; CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; NOTICE OF CHANGE OF ADDRESS**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **MECCA SPORTS BAR, LLC, I delivered the documents to Evangalina Gatcia Gomez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent.**

Service Fee Total: **$79.00**

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on 10/01/2026
(date)

at Denver County
(city or other location, and state OR county)

Trevor Steldt
(printed name)

Trevor Steldt
(signature)

REF: **MeccaSports-(CO18)**



ORIGINAL PROOF OF SERVICE

Tracking #: **0244374313**